# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

Chambers of
**STEVEN J. McAULIFFE**
Chief Judge

55 Pleasant Street
Concord, New Hampshire 03301
Telephone 603-226-7304

August 5, 2005

Hon. Mary M. Lisi, Chair
Judicial Conference of the
      United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, DC    20544

      Re:   Calendar Year 2004 Filing

Dear Judge Lisi:

      Enclosed is my amended financial disclosure form.  Good
catch - I simply overlooked the dividend boxes when completing
the form.

Best regards,



SJM/lag
Enclosures

RECEIVED 2005 AUG -8 A 10: 22

**AMENDED**

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2004

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>MCAULIFFE, STEVEN J | 2. Court or Organization<br><br>U.S. DISTRICT COURT - N.H. | 3. Date of Report<br>**Amended 8/5/2005**<br>5/12/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE (ACTIVE) | 5. ReportType (check appropriate type)<br>○ Nomination, Date<br>○ Initial  ⊙ Annual  ● Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>WARREN B. RUDMAN COURTHOUSE<br>55 PLEASANT STREET, ROOM 416<br>CONCORD, N.H. 03301 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable law and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Fello | New Hampshire Bar Foundation |
| 2. | Director | Challenger Center for Space Science Education |
| 3. | Custodian | Agency Account Bow Mills Bank ████ |
| 4. | Shareholder (50 percent) | Pleasant Lake Air, Inc., LLC |
| 5. | Chair | New Hampshire State Committee of Selection for the 2004 Competition of the Rhodes Scholarships |
| 6. | Partner | Pinchers' Investment Group (Neighborhood Investment Club) |
| 7. | Treasurer | Local EAA Chapter - Capitol Flyers |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

2005 AUG -8 A 8: 22 RECEIVED

## II. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2004 | Concord, N.H. School District (Teaching) |

## IV. REIMBURSEMENTS - transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

**FINANCIAL DISCLOSURE REPORT**

Name of Person Reporting

MCAULIFFE. STEVEN J

Date of Report
**Amended** 8/5/2005
5/12/2005

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** · (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** · (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J | Amended 8/5/2005 5/12/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. NOW Acct Fleet Bank | A | Interest | | | Closed | 5/3 | J | A | N/A |
| 2. Note Rec. R. Jobin | | None | K | T | | | | | |
| 3. NOW Acct Bow Mills Bank | A | Interest | J | T | | | | | |
| 4. IRA Inv Co Amer Mut Fund | A | Dividend | K | T | | | | | |
| 5. IRA Wash Mut Inv Fund | A | Dividend | J | T | | | | | |
| 6. IBM Cap Corp | A | Dividend | J | T | | | | | |
| 7. Exxon Mobil Corp. | A | Dividend | J | T | | | | | |
| 8. American Intnl Group Inc Cap | A | Dividend | | | Sold | 6/29 | J | A | Mkt |
| 9. State Street Bank IMMA (cash mgmt acct) | A | Interest | | | Closed | 12/15 | | | N/A |
| 10. State St. Bank IMMA [C] | A | Interest | | | Closed | 12/15 | | | N/A |
| 11. Bow Mills Bank Stock (D) | | None | M | T | | | | | |
| 12. UBS Retirement Money Fund | A | Interest | J | T | | | | | |
| 13. Fidelity Cash Reserves [C] | B | Interest | | | Sold | 1/14 | M | A | Mkt |
| 14. Fidelity Disc. Equity Fund [C] | A | Dividend | | | Sold | 1/14 | K | A | Mkt |
| 15. Citigroup, Inc. | A | Dividend | | | | | | | |
| 16. Fidelity Stock Selector Mutual Fund [C] | A | Dividend | | | Sold | 1/14 | K | A | Mkt |
| 17. Fidelity Contrafund [C] | A | Dividend | | | Sold | 1/14 | K | A | Mkt |
| 18. Fidelity Diversified Intnl Fund [C] | A | Dividend | | | Sold | 1/14 | K | A | Mkt |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,001-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000

3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J | Amended 8/5/2005 5/12/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. IRA Franklin Templeton For. Fund | A | Dividend | K | T | | | | | |
| 20. IRA Scudder Small Cap Value Fund Cl. C | | None | | | Sold | 11/29 | J | A | Mkt |
| 21. IRA PA PACE Large Comp. Value Fund | | None | K | T | | | | | |
| 22. PA Pace Small/Med Co. FD.Small Cap FD C | | None | | | Sold | 11/29 | K | A | Mkt |
| 23. Wells Fargo & Co. | A | Dividend | | | Sold | 3/30 | J | A | Mkt |
| 24. Medtronic Inc. | A | Dividend | J | T | | | | | |
| 25. Pfizer Inc. Com | A | Dividend | J | T | | | | | |
| 26. Bow Mills Bank Stock [C] | | None | K | T | | | | | |
| 27. Pinchers' Investment Group Ptnshp Share | A | Dividend | J | T | | | | | |
| 28. -Nokia Corp. | A | Dividend | | | Sold | 5/16 | J | A | Mkt |
| 29. -3 Com Corp. | | None | | | Sold | 6/13 | J | A | Mkt |
| 30. -Harley Davidson Inc. | A | Dividend | J | T | | | | | |
| 31. -Home Depot Inc. | A | Dividend | J | T | | | | | |
| 32. -GE | A | Dividend | J | T | | | | | |
| 33. -INTC | A | Dividend | J | T | | | | | |
| 34. -MRK | A | Dividend | | | Sold | 7/20 | J | A | Mkt |
| 35. -WAT | | None | | | Sold | 4/25 | J | A | Mkt |
| 36. -AIG | | None | J | T | | | | | |

1. Income/Gain Codes:      A = $1,000 or less          B = $1,001-$2,500          C = $2,501-$5,000          D = $5,001-$15,000          E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000       G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:             J = $15,000 or less        K = $15,001-$50,000        L = $50,001-$100,000         M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000      O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000/K1O  P2 = $5,000,001-$25,000,000
                             P3 = $25,000,001-$50,000,000                          P4 = More than $50,000,000
3. Value Method Codes:      Q = Appraisal              R = Cost (Real Estate Only)  S = Assessment              T = Cash/Market
   (See Column C2)           U = Book Value             V = Other                  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J | Amended 8/5/2005 <br> 5/12/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. -BCR | A | Dividend | J | T | | | | | |
| 38. -CMX | | None | J | T | | | | | |
| 39. -MDT | | None | J | T | | | | | |
| 40. -MSFT | A | Dividend | J | T | | | | | |
| 41. -PFE | A | Dividend | J | T | | | | | |
| 42. -TZA | | None | | | Sold | 12/8 | J | A | Mkt |
| 43. -Dentsply Int. Inc. | A | Dividend | J | T | Buy | 6/15 | J | | Mkt |
| 44. -Ebay | | None | J | T | Buy | 12/4 | J | | Mkt |
| 45. -Petrolio Brasileo | A | Dividend | J | T | Buy | 2/20 | J | | Mkt |
| 46. -BAC | A | Dividend | J | T | Buy | 2/20 | J | | Mkt |
| 47. Caterpillar Inc. | A | Dividend | J | T | | | | | |
| 48. Fidelity Dividend Growth Fund [C] | A | Dividend | | | Sold | 1/14 | J | A | Mkt |
| 49. Quest Diagnostics, Inc. | A | Dividend | | | Sold | 7/27 | J | A | Mkt |
| 50. Donaldson, Inc. | A | Dividend | | | Sold | 8/24 | J | A | Mkt |
| 51. Patterson Dental Co.(Name Change: Patterson Companies, Inc.) | A | Dividend | J | T | | | | | |
| 52. Fidelity Small Cap Stock Fund [C] | A | Dividend | | | Sold | | K | A | Mkt |
| 53. Fidelity Small Cap Stock Fund [C] | A | Dividend | | | Sold | | K | A | Mkt |
| 54. United Technologies Corp. | A | Dividend | | | Buy | 1/21 | J | | Mkt |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J | Amended 8/5/2005 5/12/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. United Technologies Corp. | | | | | Sold | 11/10 | J | A | Mkt |
| 56. Everest RE Grp. Ltd. | A | Dividend | J | T | Buy | 1/21 | J | | Mkt |
| 57. Everest RE Grp. Ltd. | | | | | Partial Sale | 3/30 | J | A | Mkt |
| 58. Avon Products, Inc. | A | Dividend | | | Buy | 1/21 | J | | Mkt |
| 59. Avon Products, Inc. | | | | | Sold | 3/25 | J | B | Mkt |
| 60. Block, H&R, Inc. | A | Dividend | | | Buy | 1/21 | J | | Mkt |
| 61. Block, H&R, Inc. | | | | | Sold | 6/9 | J | A | Mkt |
| 62. Burlington Res. Inc. | A | Dividend | J | T | Buy | 1/21 | J | | Mkt |
| 63. Affil. Computer Svcs. Inc. | A | Dividend | J | T | Buy | 1/21 | J | | Mkt |
| 64. Colgate-Palmolive Co. | A | Dividend | | | Buy | 1/21 | J | | Mkt |
| 65. Colgate-Palmolive Co. | | | | | Sold | 7/29 | J | A | Mkt |
| 66. Abbott Labs | A | Dividend | J | T | Buy | 1/21 | J | | Mkt |
| 67. Abbott Labs | | | | | Sold | 3/25 | J | A | Mkt |
| 68. First Data Corp. | A | Dividend | J | T | Buy | 1/21 | J | | Mkt |
| 69. Agilent Tech., Inc. | A | Dividend | J | T | Buy | 1/21 | J | | Mkt |
| 70. Agilent Tech., Inc. | | | | | Sold | 3/25 | J | A | Mkt |
| 71. General Electric Co. | A | Dividend | J | T | Buy | 1/21 | J | | Mkt |
| 72. General Electric Co. | | | | | Sold | 3/30 | J | A | Mkt |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J | Amended 8/5/2005 5/12/2005 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent child en. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. Texas Instruments, Inc. | A | Dividend | | | Buy | 1/21 | J | | Mkt |
| 74. Texas Instruments, Inc. | | | | | Sold | 11/10 | J | A | Mkt |
| 75. Pepsico, Inc. | A | Dividend | | | Buy | 1/21 | J | | Mkt |
| 76. Pepsico, Inc. | | | | | Sold | 8/24 | J | A | Mkt |
| 77. Anthem, Inc. (Name Change: Wellpoint, Inc.) | A | Dividend | J | T | Buy | 1/21 | J | | Mkt |
| 78. Schering Plough Corp. | A | Dividend | | | Buy | 2/12 | J | | Mkt |
| 79. Schering Plough Corp. | | | | | Sold | 11/30 | J | A | Mkt |
| 80. N.Y. Comm. Bankcorp, Inc. | A | Dividend | J | T | Buy | 7/13 | J | | |
| 81. Bristol Myers Squibb Co. | A | Dividend | | | Buy | 7/27 | J | | Mkt |
| 82. Bristol Myers Squibb Co. | | | | | Sold | 11/29 | J | A | Mkt |
| 83. Dow Chemical Co. | A | Dividend | J | T | Buy | 7/29 | J | | Mkt |
| 84. Bank of America Corp. | A | Dividend | J | T | Buy | 8/24 | J | | Mkt |
| 85. Lowes Cos, Inc. | A | Dividend | J | T | Buy | 8/24 | J | | Mkt |
| 86. Cisco Systems, Inc. | | None | J | T | Buy | 8/24 | J | | Mkt |
| 87. Cisco Systems, Inc. | | | | | Sold | 11/29 | J | A | Mkt |
| 88. Cisco Systems, Inc. | | None | J | T | Buy | 1/16 | J | | Mkt |
| 89. Calgon Carbon Corp. | A | Dividend | J | T | Buy | 9/17 | J | | Mkt |
| 90. CVS Corp. | A | Dividend | J | T | Buy | 11/10 | J | | Mkt |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J | Amended 8/5/2005 5/12/2005 |

## VII. INVESTMENTS and TRUSTS
— income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. | Teva Pharm. Ltd. | A | Dividend | | | Buy | 1/16 | J | | Mkt |
| 92. | Teva Pharm. Ltd. | | | | | Sold | 11/29 | J | | Mkt |
| 93. | Amcor Ltd. ADR | A | Dividend | J | T | Buy | 1/16 | J | | Mkt |
| 94. | Anheuser Busch Cos., Inc. | A | Dividend | J | T | Buy | 1/16 | J | | Mkt |
| 95. | BASF AG Spon. ADR | A | Dividend | J | T | Buy | 1/16 | J | | Mkt |
| 96. | Deere & Co. | A | Dividend | J | T | Buy | 1/16 | J | | Mkt |
| 97. | Genentech, Inc. | A | Dividend | | | Buy | 1/16 | J | | Mkt |
| 98. | Genentech, Inc. | | | | | Sold | 11/29 | J | A | Mkt |
| 99. | Intel Corp. | A | Dividend | | | Buy | 1/16 | J | | Mkt |
| 100. | Intel Corp. | | | | | Sold | 11/29 | J | A | Mkt |
| 101. | Magna Intl. Inc. | A | Dividend | J | T | Buy | 1/16 | J | | Mkt |
| 102. | Motorola, Inc. | A | Dividend | J | T | Buy | 1/16 | J | | Mkt |
| 103. | Pall Corp. | A | Dividend | J | T | Buy | 1/16 | J | | Mkt |
| 104. | Petroleo Brasileiro | A | Dividend | J | T | Buy | 1/16 | J | | Mkt |
| 105. | Praxair, Inc. | A | Dividend | J | T | Buy | 1/16 | J | | Mkt |
| 106. | Staples | A | Dividend | J | T | Buy | 1/16 | J | | Mkt |
| 107. | LM Ericsson Telefon Co. | A | Dividend | J | T | Buy | 11/29 | J | | Mkt |
| 108. | ING Groep N V NL | A | Dividend | J | T | Buy | 11/29 | J | | Mkt |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J | Amended 8/5/2005 5/12/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. Novo Nordisk ADR | A | Dividend | J | T | Buy | 11/29 | J | | Mkt |
| 110. Sirius Sat. Radio, Inc. | | None | J | T | Buy | 11/29 | J | | Mkt |
| 111. Freescale Semicond., Inc. | A | Dividend | J | T | Buy(SpinOff) | 12/03 | J | | Mkt |
| 112. IRA I Shares Russell Fund | A | Dividend | J | T | Buy | 11/29 | K | | Mkt |
| 113. IRA Midcap SPDR TR | A | Dividend | J | T | Buy | 11/29 | K | | Mkt |
| 114. Fed. Prime MM Fund | A | Interest | J | T | Buy | 12/15 | J | | Mkt |
| 115. BMB NOW Acct. (2) | A | Interest | J | T | Open | 5/3 | | | |
| 116. Bank of Am. Corp. [C] | A | Dividend | J | T | Buy | 8/9 | J | | Mkt |
| 117. Burlington Resources, Inc. [C] | | | | | Buy | 1/13 | J | | Mkt |
| 118. Burlington Resources, Inc. [C] | A | Dividend | J | T | Partial Sale | 8/24 | J | A | Mkt |
| 119. Dow Chemical Co. [C] | A | Dividend | J | T | Buy | 1/13 | J | | Mkt |
| 120. First Data Corp. [C] | A | Dividend | K | T | Buy | 1/13 | K | | Mkt |
| 121. Intel Corp. [C] | A | Dividend | J | T | Buy | 1/13 | K | | Mkt |
| 122. Lowes Cos., Inc. [C] | A | Dividend | J | T | Buy | 1/13 | J | | Mkt |
| 123. N.Y. Comm. Bancorp, Inc. [C] | A | Dividend | J | T | Buy | 1/13 | J | | Mkt |
| 124. Patterson Companies, Inc. [C] | A | Dividend | J | T | Buy | 1/13 | K | | Mkt |
| 125. Pfizer, Inc. [C] | | | | | Buy | 1/13 | J | | Mkt |
| 126. Pfizer, Inc. [C] | A | Dividend | J | T | Partial Sale | 8/9 | J | A | Mkt |

1. Income/Gain Codes  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J | Amended 8/5/2005 5/12/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127. Tupperware Corp. [C] | A | Dividend | J | T | Buy | 11/3 | J | | Mkt |
| 128. Everest RE Grp. Ltd. [C] | A | Dividend | J | T | Buy | 1/13 | K | | Mkt |
| 129. BP PLC ADR [C] | A | Dividend | K | T | Buy | 1/13 | J | | Mkt |
| 130. Fed. Prime Obig. MM Fund [C] | A | Interest | K | T | Buy | 12/15 | J | | Mkt |
| 131. United Technologies Corp. [C] | | | | | Buy | 1/13 | J | | Mkt |
| 132. United Technologies Corp. [C] | A | Dividend | | | Sold | 8/24 | J | A | Mkt |
| 133. Avon Products, Inc. [C] | A | Dividend | | | Buy | 1/13 | J | | Mkt |
| 134. Avon Products, Inc. [C] | | | | | Sold | 3/25 | K | C | Mkt |
| 135. Donaldson, Inc. [C] | | | | | Buy | 1/13 | J | | Mkt |
| 136. Donaldson, Inc. [C] | A | Dividend | | | Sold | 7/13 | J | A | Mkt |
| 137. Wells Fargo, Inc. [C] | | | | | Buy | 1/13 | J | | Mkt |
| 138. Wells Fargo, Inc. [C] | A | Dividend | | | Sold | 3/25 | J | A | Mkt |
| 139. Block, H&R, Inc. [C] | | | | | Buy | 1/13 | J | | Mkt |
| 140. Block, H&R, Inc. [C] | A | Dividend | | | Sold | 6/4 | J | A | Mkt |
| 141. Colgate-Palmolive Co. [C] | | | | | Buy | 1/13 | K | | Mkt |
| 142. Colgate-Palmolive Co. [C] | A | Dividend | | | Sold | 7/29 | K | A | Mkt |
| 143. Pepsico, Inc. [C] | | | | | Buy | 1/13 | J | | Mkt |
| 144. Pepsico, Inc. [C] | A | Dividend | | | Sold | 8/26 | K | A | Mkt |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J | Amended 8/5/2005 <br> 5/12/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) <br><br> Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 145. Abbott Labs [C] | A | Dividend | K | T | Buy | 1/13 | K | | Mkt |
| 146. Abbott Labs [C] | | | | | Sold | 3/25 | J | A | Mkt |
| 147. Target Corp. [C] | | | | | Buy | 1/13 | K | | Mkt |
| 148. Target Corp. [C] | A | Dividend | | | Sold | 8/26 | K | C | Mkt |
| 149. Home Depot [C] | | | | | Buy | 1/13 | K | | Mkt |
| 150. Home Depot [C] | A | Dividend | | | Sold | 3/25 | K | A | Mkt |
| 151. Texas Instruments [C] | | | | | Buy | 1/13 | K | | Mkt |
| 152. Texas Instruments [C] | A | Dividend | | | Sold | 3/25 | J | A | Mkt |
| 153. Agilent Tech., Inc. [C] | A | Dividend | K | T | Buy | 1/13 | K | | Mkt |
| 154. Agilent Tech., Inc. [C] | | | | | Sold | 3/25 | J | A | Mkt |
| 155. General Electric Co. [C] | | | | | Buy | 1/13 | K | | Mkt |
| 156. General Electric Co. [C] | A | Dividend | | | Sold | 3/25 | J | A | Mkt |
| 157. Bristol-Myers [C] | | | | | Buy | 8/9 | J | | Mkt |
| 158. Bristol-Myers [C] | A | Dividend | | | Sold | 11/30 | J | A | Mkt |
| 159. Schering Plough Corp. [C] | | | | | Buy | 8/24 | J | | Mkt |
| 160. Schering Plough Corp. [C] | A | Dividend | | | Sold | 11/30 | J | A | Mkt |
| 161. Everest RE Grp. Ltd. [C] | A | Dividend | J | T | Partial Sale | 3/25 | K | A | Mkt |

| 1 Income/Gain Codes | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3 Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cost/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

PART I. POSITIONS.
    Pleasant Lake Air, Inc., LLC. is a corporation formed to own a Cessna 182 Skylane single engine private airplane.  I own a one-half interest in the corporation (and thus the airplane).

PART VI.  LIABILITIES.
    I own a summer cottage with a former law partner, Edward E. Shumaker, III, as tenants in common, which property is mortgaged in part.  That liability is not disclosed since it is secured by real property which is a personal residence.

## K. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, nd that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date _August 5, 2005_

NOTE: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY
BE SUB▮▮▮▮▮▮▮▮▮▮▮▮▮▮ IONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544